JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SACV 21-01461-CJC (ADSx)                                      Date:  February 14, 2022

Title: <u>ZACHARY COLLINS V. TRANSUNION LLC, ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Dajanae Carrigan/Rolls Royce Paschal</u>           <u>     N/A     </u>
         Deputy Clerk                                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   None Present                                                        None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO RESPOND TO COURT ORDERS AND FAILURE TO PROSECUTE**

  On September 7, 2021, Plaintiff filed this action against Defendants Transunion LLC, Equifax Information Services LLC, and Experian, LLC.  (Dkt. 1.)  On December 7, 2021, the Court issued to Plaintiff an Order to Show Cause in writing by December 14, 2021, explaining why this case should not be dismissed for lack of prosecution.  (Dkt. 7.)  The Court stated that "[f]ailure to respond to this Order may result in dismissal."  (*Id.*)  The Court received no response to its Order to Show Cause.  Accordingly, this case is **DISMISSED** for failure to respond to the Court's order and failure to prosecute.

MINUTES FORM 11
CIVIL-GEN                                                                         Initials of Deputy Clerk DCA/RRP